UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| MACKS LARON WISE, | ) | |
|---|---|---|
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:08-CV-1665-G (BH) |
| WARDEN NFN CARMONS, | ) | |
| | ) | **ECF** |
| Respondent. | ) | |

## ORDER

After reviewing all relevant matters of record in this case, including the findings, conclusions, and recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned district judge is of the opinion that the findings and conclusions of the magistrate judge are correct and they are **ACCEPTED** as the findings and conclusions of the court.

**SO ORDERED**.

October 31, 2008.

_____
**A. JOE FISH**
**Senior United States District Judge**